UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| **JOHN B. BERRY TRUSTEE**<br>Plaintiff | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| V | | CIVIL ACTION NO. H-05-1101<br>JURY |
| **WPS, INC. ET AL**<br>**Defendants** | | |

## CERTIFICATE OF THE FINANCIALLY INTERESTED

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities are financially interested in the outcome of this litigation:

John B. Berry, individually and as trustee
4265 San Felipe, Suite 1100
Houston TX 77027

George H. Reid
PO Box 56443
Houston, TX 77256

Thomas G. Bousquet
Bousquet & Jackson, P.C.
5718 Westheimer, Suite 700
Houston, TX 77057

WPS, Inc.
1110 Unifab Rd., Suite A
New Iberia, LA 70560

Seth Williamson
1110 Unifab Rd., Suite A
New Iberia, LA 70560

_____
THOMAS G. BOUSQUET