United States Courts
Southern District of Texas
FILED

AUG 3 2005

Michael N. Milby, Clerk of Court

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN B. BERRY, TRUSTEE | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. H-05-1101 |
| V. | § | JURY |
| | § | |
| | § | |
| WPS, INC. ET AL | § | |
| Defendants | § | |

### PLAINTIFF'S INITIAL DISCLOSURES

To:   SETH WILLIAMSON and WPS, INC., Defendants, through their attorneys of record, James R. Old, Jr. and James W. Henges, Germer Getz, LLP, PO Box 4915, Beaumont, TX 77704

Plaintiff, JOHN B. BERRY, TRUSTEE, makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) .

### A.  Individuals with Discoverable Information

1.     The names, addresses (work and home), and telephone numbers (work and home) of individuals likely to have discoverable information that Plaintiff may use to support his claims or defenses are:

   A.     John B. Berry, Plaintiff herein
           PO Box 22030
           Houston, Texas 77227-2030
           713-749-3905
           Mr. Berry has knowledge of the negotiations, the offer and acceptance by Defendants and the resulting contract; also his dealings with Defendants.

   B.     George H. Reid
           PO Box 56443
           Houston TX 77256
           713-622-2750
           Mr. Reid is a Consultant and has knowledge of the negotiations, the offer and

acceptance by Defendants and the resulting contract; also his dealings with Defendants.

C.      Seth Williamson, Individual Defendant; President of Corporate Defendant,
        Brian R. Engle, Executive Vice President,
        Scott Thomas, CFO and Secretary
        Other officers, agents and employees of
        WPS, Inc.
        1110 Unifab Rd., Suite A
        New Iberia, LA 70560
        337-560-7700
        These persons are officers, agents and/or employees of Defendants and have
        knowledge of the negotiations between Plaintiff and Defendants, the
        contracts and agreements between Plaintiff and Defendants and the disputes
        which have arisen between Plaintiff and Defendants.

<u>B.  Relevant Documents & Tangible Things</u>

2.      The following is a list of documents, data compilations, and tangible things in Plaintiff's possession, custody, or control, described by category and location, that Plaintiff may use to support his claims or defenses:

A.      Sale and Leaseback Agreement dated December 28, 2004 between the
        parties.(Letter of Agreement)

B.      Leases and other instruments describing the leases and financial information,
        mostly furnished to Plaintiff by Defendants.

C.      Defendants' attempt to rescind the contract by letter dated December 30,
        2004.

D.      Plaintiff's check for $1,000.00 returned by Defendants.

E.      Defendant's corporate papers.

F.      Follow up papers and letters sent by Plaintiff to Defendant.

G.      Information obtained in future through discovery.

<u>C.  Information Related to Calculation of Damages</u>

3.      The following is a computation of Plaintiff's damages.  All non-privileged documents

on which this computation is based are available for inspection and copying.

| | | |
|---|---|---|
| A. | Loss of bargain and profits | $10,000,000.00 |
| B. | Attorney's fees (est.) | $500,000.00 |
| C. | Specific performance | |

<u>D.  Insurance</u>

4.      All insurance agreements required to be disclosed are described below:
                   None.


BOUSQUET & JACKSON, P.C.
OF COUNSEL

_____
THOMAS G. BOUSQUET
Federal Court No.  3285
State Bar # 02717000
5718 Westheimer #700
Houston, Texas 77057
(832) 251-3501
(832) 242-5607(fax)
ATTORNEY FOR PLAINTIFF


<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the above instrument has been served, pursuant to Federal Court Rules by First Class U.S. Mail, Return Receipt Requested,  postage pre-paid and properly addressed, to counsel of record for defendants, on this  __1__  day of _____, 2005.

_____
THOMAS G. BOUSQUET