## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**JOHN B. BERRY TRUSTEE**                           )
Plaintiff


                                        **CIVIL ACTION NO. H-05-1101**
**V**                                   **JURY**


**WPS, INC. ET AL**
**Defendants**

### SUPPLEMENTAL PETITION FOR
### APPLICATION FOR INJUNCTIVE RELIEF

### A.  Parties

1.       Plaintiff is John B. Berry, Trustee

2.       Defendant is WPS, INC., a Louisiana Corporation and has answered herein.

### B.  Jurisdiction

3.       The Court has jurisdiction of this case as originally filed, and this petition only adds a further count brought about by the recent devastation on the Gulf Coast .

### C.  Facts

4.       Plaintiff sued and sues Defendant for breach of its written contract, for specific performance and attorneys fees. Plaintiff continues to assert such petition and cause of action, as previously plead, and without waiver of same.  The necessity for this supplement is because of and brought about by the recent devastation on the Gulf Coast .

### D.  Request for Preliminary Injunction

5.       Plaintiff will suffer irreparable harm if the defendant is not ordered a) to place the insurance proceeds paid or payable under any insurance policy for damages and losses to the assets which were to be sold to Plaintiff, as per the list attached to Plaintiff's Original Petition

arising from Hurricane Katrina and Rita into the registry of this court, or alternatively, b) be enjoined during the pendency of this lawsuit from selling, transferring or mortgaging the assets which were to be sold to Plaintiff, as per the list attached to Plaintiff's Original Petition, and/or c) spending, disposing of, encumbering, transferring out of this courts jurisdiction or otherwise utilizing the insurance proceeds paid or payable under any insurance policy for damages and losses arising from Hurricanes Katrina and Rita . Plaintiff needs such order because  the injury is imminent, is irreparable, and plaintiff has no adequate remedy at law. {*Sampson v. Murray, 415 U.S. 61, 88-90, 94 S.Ct. 937, 951-53 (1974); Hoechst Diafoil Co. v. Nan Ya Plastics Corp., 174 F.3d 411, 417 (4th Cir. 1999)*}

6.      There is a substantial likelihood that plaintiff will prevail on the merits because the execution of the contract is not disputed. {*Doran v. Salem Inn, Inc., 422 U.S. 922, 931, 95 S.Ct. 2561, 2568 (1975); U.S. v. Microsoft Corp., 147 F.3d 935, 943 (D.C. Cir. 1998); DSC Comm. Corp. v. DGI Tech., Inc., 81 F.3d 597, 600 (5th Cir. 1996)*}

7.      The harm faced by plaintiff outweighs the harm that would be sustained by the defendant if the preliminary injunction were granted. Defendant is in the peculiar position that it is cashing out all of its assets due to insured damages and losses caused by  Hurricanes Katrina and Rita {*Yakus v. U.S., 321 U.S. 414, 440, 64 S.Ct. 660, 675 (1944); Johnson v. California State Bd. of Accountancy, 72 F.3d 1427, 1430 (9th Cir.1995)*}

8.      Issuance of a preliminary injunction would not adversely affect public interest and public policy because Plaintiff would have been the beneficiary under the insurance policies if the contract had not been breached by Defendant. The cash proceeds constitute a windfall and Plaintiff must be protected from defendant dispoing of all of its assets. {*Davidoff & CIE, S.A. v. PLD Int'l Corp., 263 F.3d 1297, 1304 (11th Cir. 2001); Hoechst Diafol, 174 F.3d at 417)*}

9.      Plaintiff is willing to post a bond in the amount the court deems appropriate.

10.      Plaintiff asks the court to set his application for preliminary injunction for hearing at the earliest possible time and, after hearing the request, issue a preliminary injunction against defendant.

## E.  Prayer

11.      For these reasons, plaintiff asks that the court do the following:

a. That Defendant be ordered to place the insurance proceeds paid or payable under any insurance policy for damages and losses to the assets which were to be sold to Plaintiff, as per the list attached to Plaintiff's Original Petition arising from Hurricane Katrina and Rita into the registry of this court, or alternatively, b) be enjoined during the pendency of this lawsuit from selling, transferring or mortgaging the assets which were to be sold to Plaintiff, as per the list attached to Plaintiff's Original Petition, and/or c) spending, disposing of, encumbering,

transferring out of this courts jurisdiction or otherwise utilizing the insurance proceeds paid or payable under any insurance policy for damages and losses  to the assets which were to be sold to Plaintiff, as per the list attached to Plaintiff's Original Petition arising from Hurricane Katrina and Rita .  Plaintiff needs such order because   the injury is imminent, is irreparable, and plaintiff has no adequate remedy at law.

        b.      Enter judgment for plaintiff as per its pleading which this supplements.

        c.      Award costs of court and attorneys fees.

        d.      Grant any other relief it deems appropriate.

Respectfully Submitted:

Thomas G. Bousquet
ATTORNEY AT LAW
Federal Court No.  3285
State Bar # 02717000
5718 Westheimer #700
Houston, Texas 77057
(832) 251-3501
(832) 242-5607(fax)
ATTORNEY FOR PLAINTIFF

BOUSQUET & JACKSON, P.C.

of counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above instrument has been served, pursuant to Federal Court Rules by First Class U.S. Mail, Return Receipt Requested,  postage pre-paid and properly addressed, all as shown by the attached Service List , on this _11th_ day of _____oct_____, 2005.

Thomas G. Bousquet

THE STATE OF TEXAS

COUNTY OF HARRIS

      BEFORE ME, the undersigned authority, on this day personally appeared JOHN B. BERRY, who by me being duly sworn, did state upon his oath that he is the Plaintiff in the above entitled and numbered cause and, as such, has personal knowledge of the statements contained in this Supplemental Petition for Injunctive Relief and, specifically Paragraph 5 thereof, and the same are true and correct.

JOHN B. BERRY

      SUBSCRIBED AND SWORN TO ME by the said JOHN B. BERRY on this _6th_ day of October, 2005.

LYNDA HOLLEY
Notary Public, State of Texas
My Commission Expires
March 21, 2009

Notary Public in and for
The State of Texas

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

# BUSINESS AUTO POLICY
## RENEWAL DECLARATIONS

09

RENEWAL OF: ADO 6713483          COMPLEX

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| AHO-6713483-01 | 05/05/2003 | 05/05/2004 | HANOVER INSURANCE COMPANY | 0400904 |

**ITEM ONE: Named Insured and Address**

W P S INC
4727 NW EVANGELINE THRUWAY
CARENCRO, LA  70520

**Agent**

**Telephone:  504-834-2424**
HIBERNIA INS AGENCY LLC
DBA HIBERNIA INSURANCE
PO BOX 6650
METAIRIE, LA  70009

**Policy Period:  Beginning and Ending at 12:01 a.m. Standard Time at the Location of the Described Premises.**
**Business Type:  CORPORATION**
**In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide the insurance stated in this policy.**

This policy consists of the following coverage parts for which a premium is indicated.  Please refer to attached schedule(s).  This premium may be subject to adjustment.

**BUSINESS AUTOMOBILE COVERAGE**          $    **37,355.00**

**TAXES, SURCHARGES AND FEES:** $          **0.00**
**TOTAL POLICY PREMIUM IS:**          $    **37,355.00**

**Policy Forms, Endorsements and Optional Coverages Attached:**

See Forms and Endorsements Schedule

Countersigned this _____ Day of _____

_____
Authorized Representative

**This Declaration Page with the Forms and Endorsements, if any, Complete the Policy.**

Form  461-0164 (9-00)
Date Issued: 05/28/2003          ORIGINAL/INSURED          Payment Type:  AGENCY BILL

2,412



**ALLMERICA FINANCIAL®**
**CITIZENS INSURANCE®**
**HANOVER INSURANCE®**

# BUSINESS AUTO POLICY
## RENEWAL DECLARATIONS

09                                          RENEWAL OF: ADO 6713483

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| AHO-6713483-01 | 05/05/2003 | 05/05/2004 | HANOVER INSURANCE COMPANY | 0400904 |

**ITEM ONE:  Named Insured and Address**

W P S INC
4727 NW EVANGELINE THRUWAY
CARENCRO, LA  70520

**Agent**

**Telephone:  504-834-2424**
HIBERNIA INS AGENCY LLC
DBA HIBERNIA INSURANCE
PO BOX 6650
METAIRIE, LA  70009

## Business Auto Forms and Endorsements Schedule

| Form Number | Edition Date | Description |
|---|---|---|
| CA0001 | 1293 | BUSINESS AUTO POLICY |
| IL0277 | 0702 | LA CHANGES |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0498 | NUCLEAR ENERGY |
| CA0178 | 0596 | LA CHANGES |
| CA0103 | 0899 | LOUISIANA CHANGES |
| 3310075 | | SIGNATURE PAGE |
| CA9944 | 1293 | LOSS PAYABLE CLAUSE |
| CA9903 | 1293 | AUTO MEDICAL PAYMENT COVERAGE |
| CA2148 | 1297 | LA UNINSURED MOTORIST |
| 4610155 | 0997 | BUSINESS AUTO BROADENING |
| 4610159 | 0898 | LA UNINSURED MOTORIST NOTICE |
| CA2001 | 1293 | ADDITIONAL INSURED |

Form  461-0169 (9-00)
Date Issued:  05/28/2003          ORIGINAL/INSURED          Payment Type:  AGENCY BILL

2,413



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

# BUSINESS AUTO POLICY
## RENEWAL DECLARATIONS

09

RENEWAL OF: ADO 6713483

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| AHO-6713483-01 | 05/05/2003 | 05/05/2004 | HANOVER INSURANCE COMPANY | 0400904 |

**ITEM ONE:  Named Insured and Address**

W P S INC
4727 NW EVANGELINE THRUWAY
CARENCRO, LA  70520

**Agent**

**Telephone:**  504-834-2424
HIBERNIA INS AGENCY LLC
DBA HIBERNIA INSURANCE
PO BOX 6650
METAIRIE, LA  70009

**ITEM TWO:  SCHEDULE OF COVERAGE AND COVERED AUTOS**
This policy provides only those coverages where a charge is shown in the premium column below.  Each of these coverages will apply only to those "autos" shown as covered "autos."  "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 01 | $1,000,000 COMBINED SINGLE LIMIT | $25,666 |
| MEDICAL PAYMENTS | 02 | $5,000 | $1,454 |
| UNINSURED MOTORISTS* | 01 | $1,000,000 | $3,473 |
| PHYSICAL DAMAGE INS. | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE | |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 07 | SEE ITEM THREE FOR DEDUCTIBLE FOR EACH COVERED AUTO FOR ALL LOSS. NO DEDUCTIBLE APPLIES TO LOSS BY FIRE OR LIGHTNING. SEE ITEM FOUR FOR HIRED OR BORROWED "AUTOS". | $1,317 |
| PHYSICAL DAMAGE COLLISION COVERAGE | 07 | SEE ITEM THREE FOR DEDUCTIBLE FOR EACH COVERED AUTO. SEE ITEM FOUR FOR HIRED OR BORROWED "AUTOS". | $5,045 |
| MISCELLANEOUS COV. | | MISCELLANEOUS PREMIUM | $400.00 |

Form 461-0166 (9-00)
Date Issued:  05/28/2003
2,414

ORIGINAL/INSURED

Payment Type:  AGENCY BILL



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

## BUSINESS AUTO POLICY
### RENEWAL DECLARATIONS

09

RENEWAL OF: ADO 6713483

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| AHO-6713483-01 | 05/05/2003 | 05/05/2004 | HANOVER INSURANCE COMPANY | 0400904 |

**ITEM ONE:  Named Insured and Address**

W P S INC
4727 NW EVANGELINE THRUWAY
CARENCRO, LA  70520

**Agent**

**Telephone:** 504-834-2424
HIBERNIA INS AGENCY LLC
DBA HIBERNIA INSURANCE
PO BOX 6650
METAIRIE, LA  70009

---

**ITEM TWO:  SCHEDULE OF COVERAGE AND COVERED AUTOS**
This policy provides only those coverages where a charge is shown in the premium column below.  Each of these coverages will apply only to those "autos" shown as covered "autos."  "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS | LIMIT<br>THE MOST WE WILL PAY FOR ANY ONE<br>ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|

* FOR THE FOLLOWING STATES UNDERINSURED MOTORIST COVERAGE IS INCLUDED FOR THOSE COMMERCIAL AUTOS (VEHICLES #010-999) DESCRIBED IN ITEM THREE FOR WHICH A PREMIUM CHARGE IS SHOWN:  LA

| ESTIMATED TOTAL (ANNUAL) PREMIUM | $37355.00 |
|---|---|

Form 461-0166 (9-00)
Date Issued:  05/28/2003
2 415

ORIGINAL/INSURED

Payment Type:  AGENCY BILL

## ‥xington Insurance Company
### BOSTON, MASSACHUSETTS

COMMERCIAL GENERAL LIABILITY POLICY
DECLARATIONS

Policy No.: 2946281

Renewal of: NEW

Item 1.  Named Insured and Address:        (No., Street, Town or City, County, State)

W P S, INC.
4727 NW EVANGELINE THRUWAY
CARENCRO                LA 70520

Item 2.  Policy Period: (Mo. Day Yr.)      From: 05/05/03 to: 05/05/04
         12:01 A.M., standard time at the address of the Named Insured as stated herein
         The Named Insured is:

Business of the Named Insured is:
FABRICATION
In return for the payment of the premium, and subject to all the terms of the policy, agree
with you to provide the insurance as stated in this policy.

Item 3.  Limits of Insurance

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Fire Damage Limit | $    50,000 | - Any one fire |
| Personal & Advertising Injury Limit | $ 1,000,000 | - Any person or organization |
| General Aggregate Limit | $ 2,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 1,000,000 | |

Item 4.  Location of all premises owned by, rented to or controlled by the Named Insured: As per
         application on file with Company

         Interest of Named Insured in such premises: As per application on file with Company
         Part occupied by Named Insured:           As per application on file with Company

Item 5.  Premium

| Classification Description | Premium Basis | Rate | Advance Premium |
|---|---|---|---|
| | (AS PER SCHEDULE) | | |

Total Advance Premium for This Policy:        $112,934
Annual Minimum Premium for this Policy:       $112,934
Minimum Earned Premium at Inception for this Policy:        $39,527

POLICY FEE $3,000.00

INSPECTION FEE ____

STATE TAX $5796.70

Item 6.  Audit Period: Annual

Item 7.  Forms and Endorsements attached hereto: As per Schedule attached.

*Shaun E. Kelly*

Authorized Representative OR
Countersignature (In states where applicable)

LEXOCC-SPRI (1/96)
LX9405

## FORMS SCHEDULE

Named Insured:   W P S, INC.

Policy No:  2946281

Effective Date:   05/05/2003

| Form Number | Edition Date | Endorsement Number | Title |
|---|---|---|---|
| LX9104 | 07/97 | | CGL RATE SCHEDULE |
| LX9405 | 01/96 | | COMMERCIAL GL DEC PAGE |
| LX9406 | 01/96 | | G.L. COVERAGE FORM/OCC |
| LX9568 | 01/03 | ENDT#001 | ACCIDENT INSURANCE ENDORSEMENT |
| LEXOCC194 | 04/90 | ENDT#002 | DEDUCTIBLE LIAB-OCCURRENCE |
| LX9579 | 01/03 | ENDT#003 | DELETION OF TERRORISM EXCLS |
| LEXCME077 | 03/86 | ENDT#004 | MINIMUM EARNED PREMIUM |
| LEXOCC234 | 09/00 | ENDT#005 | WAIVER OF SUBROGATION BLANKET |
| LX9578 | 01/03 | ENDT#006 | WAR EXCLUSION |
| LX7100 | 02/02 | ENDT#007 | NUCLEAR ENERGY EXCL CU 21 23 |
| LX9451 | 02/01 | ENDT#008 | TIME ELEMENT POLLUTION |
| | | ENDT#009 | BLANKET ADDITIONAL INSURED |
| | | ENDT#010 | GULF OF MEXICO ENDORSEMENT |
| | | ENDT#011 | IN REM |
| | | ENDT#012 | NON OWNED WATERCRAFT |
| | | ENDT#013 | UNDERGROUND RESOURCES & EQUIP. |

**THE HANOVER INSURANCE COMPANY**                    RENEWAL OF  FHO 6703413

THE HANOVER INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

COMMERCIAL LINES POLICY
COMMON DECLARATIONS

CS

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| FHO 6703413 01 | 05/05/03 | 05/05/04 | THE HANOVER INSURANCE COMPANY | 0400904 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| W P S INC<br>4727 NW EVANGELINE THRUWAY<br>CARENCRO LA<br>              70520 | HIBERNIA INS AGENCY LLC<br>DBA HIBERNIA INSURANCE<br>PO BOX 6650<br>METAIRIE, LA         70009 |

POLICY PERIOD:        FROM: MAY  05  2003  TO: MAY  05  2004  AT
        12:01 A.M.   STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

BUSINESS DESCRIPTION: MACHINE SHOP

LEGAL ENTITY:  CORPORATION

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

    THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS
    FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY
    BE SUBJECT TO ADJUSTMENT.                                     PREMIUM

COMMERCIAL PROPERTY COVERAGE                                   $30,905.00

                                      TOTAL PREMIUM:           $30,905.00
                              PAYABLE AT INCEPTION:            $30,905.00

FORMS APPLICABLE TO ALL COVERAGE PARTS:    IL 02 77  7/02      IL 00 17 11/98
 401-0079  5/93

COUNTERSIGNED _____ BY _____
                                           (AUTHORIZED REPRESENTATIVE)

THESE DECLARATIONS TOGETHER WITH THE COMMON   POLICY CONDITIONS, COVERAGE PART
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS,  IF ANY, ISSUED TO FORM A PART
THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

FORM NO. 401-0023A  4/90                      ISSUED 05/27/2003
                                                   AGENCY BILL

INSURED COPY                        PAGE   1

231-1096 (1/96

**THE HANOVER INSURANCE COMPANY**           RENEWAL OF FHO 6703413

THE HANOVER INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

### POLICY SCHEDULE OF NAMES AND ADDRESSES

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| FHO 6703413 01 | 05/05/03 | 05/05/04 | THE HANOVER INSURANCE COMPANY | 0400904 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| W P S INC<br>4727 NW EVANGELINE THRUWAY<br>CARENCRO LA<br>70520 | HIBERNIA INS AGENCY LLC<br>DBA HIBERNIA INSURANCE<br>PO BOX 6650<br>METAIRIE, LA          70009 |

### DESCRIPTION OF PREMISES COVERED

PREMISES 1                          PREMISES 2
BUILDINGS 1-5                       BUILDINGS 1-4
4727 NW EVANGELINE THRUWAY          4677 NW EVANGELINE THRUWAY
CARENCRO LA                        CARENCRO LA
70520                              70520

FORM NO. 401-0023A  4/90                ISSUED 05/27/2003

                                            AGENCY BILL

INSURED COPY                     PAGE   2

231-1096 (1/9.

**DECLARATIONS**
**UMBRELLA LIABILITY**

Expiring Policy No. NEW

**LEXINGTON**
**INSURANCE COMPANY**
**WILMINGTON, DELAWARE**

**ADMINISTRATIVE OFFICES**

200 State Street
Boston, Massachusetts 02109

**POLICY NO** 5640498

**ITEM 1.**
**Name of**
**Insured**

W P S, INC.
4727 NW EVANGELINE THRUWAY

**A CAPITAL STOCK COMPANY**

**Address**
**(Street, Town**  CARENCRO          LA  70520
**State**

This Declaration Page, with policy provisions and endorsements, if any, issued to form a part thereof, completes the above numbered Umbrella Liability Policy.

| | |
|---|---|
| **ITEM 2.** **POLICY PERIOD** | From:    05/05/03                                          To:  05/05/04 |

(12:01 A.M. Standard Time at the address of the Insured stated above)

The limit of the Company's liability shall be as stated herein subject to all the provisions having reference thereto

(A)     $5,000,000          Single Limit any one occurrence Personal Injury or Property Liability or any combination thereof

in excess of

POLICY FEE $875.00

**ITEM 3.**

INSPECTION FEE

**LIMIT**
**OF**
**LIABILITY**

STATE TAX $1293.75

(1) the amount covered, whether or not collectible, under the underlying insurance as set out in the attached Schedule, or

a Self Insured Retention of

(2)          $25,000 ultimate net loss in respect of each occurrence not covered by said underlying insurance.

(B)     $5,000,000          in the aggregate for the policy period in accordance with Insuring Agreement III

| | Rating Basis | Estimated Exposure | Rate | Annual Minimum Premium |
|---|---|---|---|---|
| **ITEM 4.** | FLAT | FLAT | FLAT | $25,000 |

**PREMIUM**
**COMPUTATION**

| | Deposit Premium | Minimum Earned Premium At Inception | | Audit Period |
|---|---|---|---|---|
| | $25,000 | $8,750 | | NOT AUDITABLE |

Date of Issue _____

*Shaun E. Kelly*
Authorized Representative OR
Countersignature (In states where applicable)

LEX-OCC-UMB-1(Ed.07/90)
LX0322

INSURED'S COPY

## FORMS SCHEDULE

Named Insured:   W P S, INC.

Policy No:  5640498

Effective Date:   05/05/2003

| Form Number | Edition Date | Endorsement Number | Title |
|---|---|---|---|
| LEX-OCC-UMB-1 | 07/90 | | OCCURRENCE UMBRELLA DEC |
| LX0327 | 06/89 | | SCHEDULE OF UNDERLYING INS. |
| LEX-OCC-UMB-1T | 07/94 | | OCC UMB TXT 1 |
| LEXCME077 | 03/86 | ENDT#001 | MINIMUM EARNED PREMIUM |
| LEXOCC262 | 06/91 | ENDT#002 | SECURITIES/FINANCIAL INT EXCL. |
| LX9582 | 01/03 | ENDT#003 | TERRORISM RET LIMIT (OCCUMB1) |
| LX9578 | 01/03 | ENDT#004 | WAR EXCLUSION |
| LEXOCC271 | 03/92 | ENDT#005 | EMPLOY-RELATED PRACTICES EXCL |
| | | ENDT#006 | UNDERGROUND RESOURCES & EQUIP |

INSURED'S COPY

| SYM | POLICY NUMBER |
|---|---|
| RWC | C4  34 69 80 0 |

☐ New:   ☒ Renewal:   ☐ Rewrite of:

| SYM | PREVIOUS POLICY NO. |
|---|---|
| RWC | C43438360 |

**ACE AMERICAN  ISURANCE COMPANY**

NCCI CARRIER CODE: **12165**

ace usa

## WORKERS' COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

## INFORMATION PAGE

**Item 1.** The Insured

WPS, INC.
4677 NW EVANGELINE THRUWAY
CARENCRO            LA   70520

Inter/Intrastate Identification No.: 170771567
FEIN #: 721337979

Mailing Address

☐ Individual      ☐ Partnership
☒ Corporation    ☐
PIIC CODE: **3443**

Employer's Identification No.:
Other workplaces not shown above: STATE OF  LOUISIANA

**Item 2.** Policy period from   05-05-2003  to  07-01-2003   12:01 A.M., standard time at the insured's mailing address.

**Item 3. A.** Workers' Compensation Insurance: Part One of the policy applies to the Workers' Compensation Law of the states listed here
LOUISIANA

**B.** Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A.
The limits of our liability under Part Two are:

Bodily Injury by Accident    $    1,000,000    each accident
Bodily Injury by Disease     $    1,000,000    policy limit
Bodily Injury by Disease     $    1,000,000    each employee

**C.** Other States Insurance: Part Three of the policy applies to the states, if any, listed here: ALL  STATES  EXCEPT
ND,OH,WA,WV,WY
AND STATES DESIGNATED IN ITEM 3.A

**Item 4.** The premium for this policy will be determined by our Manual of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Estimated Total ~~Annual~~ Remuneration PRORATED | Rate Per $100 of Remuneration | Estimated ~~Annual~~ Premium PRORATED |
|---|---|---|---|---|
| MILLWRIGHT WORK NOC | 3724F | 30767 | 18.87 | 5806. |
| VESSELS - NOC  - MARITIME - PROGRAM 1 | 7016 | IF ANY | 29.87 | 0. |
| BOILERMAKING | *3620 | 309379 | 9.48 | 29329. |
| MACHINE SHOPS  NOC | 3632 | 124031 | 5.68 | 7045. |
| SALESPERSONS, COLLECTORS, MESSENGERS - OUTSIDE | 8742 | 65369 | 1.03 | 673. |
| CLERICAL OFFICE EMPLOYEES  NOC | 8810 | 232926 | .51 | 1188. |
| WAIVER OF SUBROGATION | 9115 | | 5.0000% | 2202. |
| EMPLOYERS' LIABILITY INCREASED LIMITS | 9812 | | 2.8000% | 1233. |
| ADMIRALTY &/OR FELA COVERAGE - ADDITIONAL PREMIUM TO BALANCE TO MINIMUM PREMIUM | 9849 | | | 23. |

Minimum Premium $      0.    PHYSICAL AUDIT

If indicated here, interim adjust-
ments of premium will be made:   ☐ Semi-Annually   ☐ Quarterly   ☐ Monthly

This policy includes these endorsements and schedules:
   000313   000403   000414   000420

Total Estimated Annual Premium $
(PRORATED)   (PAGE 1 CONTINUED)

Deposit Premium $

WC 000106A 000106A 000109A 000201A 000301A
000504A 000515  170303  170601D 170602A
990317  990318  990403  990635  999999D

| AGENCY NO. 272044 | 33-0837628 | PRD |
|---|---|---|

PENHURST INSURANCE
SERVICES                  INC
2481 CONGRESS STREET
SAN DIEGO            CA   92110

Countersigned By _____
                        (Authorized Agent)

MARKETING OFFICE:
PRODUCER              04-24-2003    PRD

Copyright 1987 National Council on Compensation Insurance
INSURED COPY
36752

WC 00 00 01A

| SYM | POLICY NUMBER |
|---|---|
| RWC | C4  34 69 80 0 |

☐ New:   ☒ Renewal:   ☐ Rewrite of:

| SYM | PREVIOUS POLICY NO. |
|---|---|
| RWC | C43438360 |

**ACE AMERICAN   INSURANCE COMPANY**

NCCI CARRIER CODE: 12165

ace usa

## WORKERS' COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

## INFORMATION PAGE

**Item 1.**
The
Insured

WPS, INC.
4677 NW EVANGELINE THRUWAY
CARENCRO              LA   70520

Inter/Intrastate Identification No.: 170771567
FEIN #: 721337979

Mailing
Address

Employer's Identification No.:
Other workplaces not shown above: STATE OF  LOUISIANA

☐ Individual       ☐ Partnership
☒ Corporation   ☐
PIIC CODE: 3443

**Item 2.** Policy period from   05-05-2003  to   07-01-2003   12:01 A.M., standard time at the insured's mailing address.

**Item 3.** A. Workers' Compensation Insurance: Part One of the policy applies to the Workers' Compensation Law of the states listed here:
LOUISIANA

B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A.
The limits of our liability under Part Two are:   Bodily Injury by Accident    $ _1,000,000_ each accident
Bodily Injury by Disease    $ _1,000,000_ policy limit
Bodily Injury by Disease    $ _1,000,000_ each employee

C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here: ALL STATES EXCEPT
ND,OH,WA,WV,WY
AND STATES DESIGNATED IN ITEM 3.A

**Item 4.** The premium for this policy will be determined by our Manual of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis — Estimated Total ~~Annual~~ Remuneration | Rate Per $100 of Remuneration | Estimated ~~Annual~~ Premium |
|---|---|---|---|---|
| | | PRORATED | | PRORATED |
| PREMIUM SUBJECT TO EXPERIENCE MODIFICATION | | | | 47476. |
| TENTATIVE EXPERIENCE MODIFICATION | | | | 1.090 |
| PREMIUM ADJUSTED BY EXPERIENCE MODIFICATION | | | | 51749. |
| TO EQUAL MINIMUM PREMIUM FOR ADMIRALTY &/OR FELA | 0990 | | | 23. |
| SCHEDULE RATING PLAN ADJUSTMENT - CREDIT | 9887 | | 15.00% | 7766.CR |
| ESTIMATED STANDARD POLICY PREMIUM | | | | 44029. |
| TERRORISM RISK INSURANCE ACT OF 2002 - CERTIFIED LOSSES | 9740 | | | 229. |
| EXPENSE CONSTANT | 0900 | | | 25. |

Minimum Premium $       0.
If indicated here, interim adjust-  PHYSICAL AUDIT
ments of premium will be made:   ☐ Semi-Annually   ☐ Quarterly   ☐ Monthly

Total Estimated Annual Premium $    44283.
(PRORATED)   (PAGE 2 LAST PAGE)
Deposit Premium $

This policy includes these endorsements and schedules: WC 000106A 000106A 000109A 000201A 000301A
  000313  000403  000414  000420  000504A 000515  170303  170601D 170602A

AGENCY NO. 272044    33-0837628    PRD        990317  990318  990403  990635  999999D

PENHURST INSURANCE
SERVICES             INC
2481 CONGRESS STREET
SAN DIEGO       CA   92110

Countersigned By _____
                                     (Authorized Agent)
MARKETING OFFICE:
PRODUCER                        04-24-2003    PRD

CKE-4266a Ptd. in U.S.A.    Copyright 1987 National Council on Compensation Insurance        WC 00 00 01A
36754                                       INSURED COPY

## Workers' Compensation and Employers' Liability Policy

| | |
|---|---|
| Named Insured<br>WPS, INC.<br>4677 NW EVANGELINE THRUWAY<br>CARENCRO                      LA      70520 | Endorsement Number |
| | Policy Number<br>Symbol: RWC      Number: C43469800 |
| Policy Period<br>05-05-2003 **TO** 07-01-2003 | Effective Date of Endorsement<br>05-05-2003 |
| Issued By (Name of Insurance Company)<br>ACE AMERICAN INSURANCE COMPANY | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### RETROSPECTIVE PREMIUM ENDORSEMENT
### THREE YEAR PLAN

This endorsement is added to Part Five (Premium) because you chose to have the cost of the insurance rated retrospectively. This endorsement explains the rating plan and how the retrospective premium will be determined.

This endorsement applies in the states listed in the Schedule. It determines the retrospective premium for the insurance provided during the rating plan period by this policy, any policy listed in the Schedule, and the renewals of each. The rating plan period is the three year period beginning with the effective date of this endorsement.

The amount of retrospective premium depends on five standard elements and two elective elements.

**A.   Retrospective Premium Standard Elements**

The five standard elements are explained here.

1.   Standard premium is the premium we would charge during the rating plan period if you had not chosen retrospective premium rating, but with two exceptions. Standard premium does not include the expense constant charge or the premium discount credit.

2.   Basic premium is less than standard premium. It is standard premium multiplied by a percentage called the basic premium factor. The basic premium factor varies depending on the total amount of standard premium. The Schedule shows a range of basic premium factors for differing amounts of estimated standard premium. The actual basic premium factor will be determined after the standard premium is determined. If earned standard premium is not within the range of the estimated standard premiums shown in the Schedule, the basic premium will be recalculated.

3.   Incurred losses are all amounts we pay or estimate we will pay for losses, interest on judgments, expenses to recover against third parties, and employers liability loss adjustment expenses.

4.   A converted loss is an incurred loss multiplied by a percentage called the loss conversion factor. The loss conversion factor is shown in the Schedule.

5.   Taxes are a part of the premium we collect. Taxes are determined as a percentage of basic premium and converted losses. The percentage is called the tax multiplier. It varies by state and by Federal and non-Federal classifications. The tax multipliers or an average tax multiplier are shown in the Sched- ule. Tax multipliers may change during the rating plan period. Changes will be shown by endorsement.

**B.   Retrospective Premium Elective Elements**

Two other elements are included in retrospective premium if you elected to include them. They are the excess loss premium for the loss limitation and the retrospective development premium. They are explained here.

1.   The election of a loss limitation means that the amount of incurred loss to be included in the retro- spective premium is limited to an amount called the loss limitation. The loss limitation applies separately to each person who sustains bodily injury by disease and separately to all bodily injury arising out of any one accident.

The charge for this loss limitation is called the excess loss premium. Excess loss premium is a percentage of standard premium multiplied by the loss conversion factor. The percentage is called the excess loss premium factor. Taxes are added to excess loss premium just as they are for other elements of retrospective premium.

**E.   Work In Other States**

If any of the policies provide insurance in a state not listed in the Table of States, and if you begin work in that state during the rating plan period, this endorsement will apply to that insurance if this rating plan applies in that state on an interstate basis. The retrospective premium standard elements, and the elective elements you chose, will be determined by our manuals for that state, and added to the Schedule by endorsement.

**F.   Cancelation and Nonrenewal**

1.   If any insurance subject to this endorsement is canceled or is not renewed, the effective date of cancelation or nonrenewal will become the end of the rating plan period for all insurance subject to this endorsement unless we agree with you, by endorsement, to continue the rating plan period.

2.   If we cancel or do not renew for nonpayment of premium, the maximum retrospective premium will be based on the standard premium for the rating plan period, increased pro rata to three years (1095 days).

3.   If you cancel or do not renew, the standard premium for the rating plan period will be increased by our short rate table and procedure. This short rate premium will be the minimum retrospective premium and will be used to determine the basic premium.

The short rate premium will be used to determine the excess loss premium and retrospective development premium if you chose these elective elements.

The maximum retrospective premium will be based on the standard premium for the rating plan period, increased pro rata to three years (1095 days).

4.   Section F.3. will not apply if you cancel or do not renew because:

a.   all work covered by the insurance is completed;

b.   all interest in the business covered by the insurance is sold; or

c.   you retire from all business covered by the insurance.

## Workers' Compensation and Employers' Liability Policy

| | |
|---|---|
| Named Insured<br>WPS, INC.<br>4677 NW EVANGELINE THRUWAY<br>CARENCRO          LA      70520 | Endorsement Number |
| | Policy Number<br>Symbol: RWC   Number: C43469800 |
| Policy Period<br>05-05-2003 TO 07-01-2003 | Effective Date of Endorsement<br>05-05-2003 |
| Issued By (Name of Insurance Company)<br>ACE AMERICAN INSURANCE COMPANY | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### RETROSPECTIVE PREMIUM ENDORSEMENT
### FLEXIBILITY OPTIONS

The Retrospective Premium Endorsement attached to the policy is changed by the information shown in the Schedule.

Schedule

1. Incurred losses are changed to include allocated loss adjustment expense in these states:_____

   _____ As per item 3 of the declarations page. _____

2. The correctly calculated basic premium factor for 100% of the estimated standard premium shall be used without linear interpolation, for each calculation of retrospective premium,

3. Each calculation of retrospective premium will use all loss information we have as of a date agreed to by you and us.

Authorized Agent

## Workers' Compensation and Employers' Liability Policy

| Named Insured | Endorsement Number |
|---|---|
| WPS, INC.<br>4677 NW EVANGELINE THRUWAY<br>CARENCRO          LA    70520 | |
| | Policy Number<br>Symbol: RWC    Number: C43469800 |
| Policy Period<br>05-05-2003 TO 07-01-2003 | Effective Date of Endorsement<br>05-05-2003 |
| Issued By (Name of Insurance Company)<br>ACE AMERICAN INSURANCE COMPANY | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### LONGSHORE AND HARBOR WORKERS' COMPENSATION ACT COVERAGE ENDORSEMENT

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in a state shown in the Schedule. The policy applies to that work as though that state were listed in Item 3.A. of the Information Page.

General Section C. **Workers' Compensation Law** is replaced by the following:

**C.     Workers' Compensation Law**

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), C. Exclusions, exclusion 8, does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

Schedule

| State | Longshore and Harbor Workers' Compensation Act Coverage Percentage |
|---|---|
| LOUISIANA | 2.750 |

The rates for classifications with code numbers not followed by the letter "F" are rates for work not ordinarily subject to the Longshore and Harbor Workers' Compensation Act. If this policy covers work under such classifications, and if the work is subject to the Longshore and Harbor Workers' Compensation Act, those non-F classification rates will be increased by the Longshore and Harbor Workers' Compensation Act Coverage Percentage shown in the Schedule.

Authorized Agent

CKE-3N11a  (4/92) Ptd. in U.S.A.        Copyright 1983, 1991, National Council on Compensation Insurance.        WC 00 01 06A
36756

## Workers' Compensation and Employers' Liability Policy

| | |
|---|---|
| Named Insured<br>**WPS, INC.**<br>**4677 NW EVANGELINE THRUWAY**<br>**CARENCRO          LA   70520** | Endorsement Number |
| | Policy Number<br>Symbol: **RWC**   Number: **C43469800** |
| Policy Period<br>**05-05-2003 TO 08-18-2003** | Effective Date of Endorsement<br>**05-05-2003** |
| Issued By (Name of Insurance Company)<br>**ACE AMERICAN INSURANCE COMPANY** | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### POLICY INFORMATION PAGE ENDORSEMENT

The following item(s)

☐ Insured's Name (WC 89 06 01)

☐ Policy Number (WC 89 06 02)

☐ Effective Date (WC 89 06 03)

☒ Expiration Date (WC 89 06 04)

☐ Insured's Mailing Address (WC 89 06 05)

☐ Experience Modification (WC 89 04 06)

☐ Producer's Name (WC 89 06 07)

☐ Change in Workplace(s) of Insured (WC 89 06 08)

☐ Insured's Legal Status (WC 89 06 10)

☐ Item 3.A. States (WC 89 06 11)

☐ Item 3.B. Limits (WC 89 06 12)

☐ Item 3.C. States (WC 89 06 13)

☒ Item 3.D. Endorsement Numbers (WC 89 06 14)

☒ Item 4. * Class, Rate, Other (WC 89 04 15)

☐ Audit Frequency (WC 89 04 16)

☐ Carrier Servicing Office (WC 89 06 17)

☐ Interstate/Intrastate Risk I.D. Number (WC 89 06 18)

☐ Carrier Name and Number (WC 89 06 19)

is changed to read:

IN CONSIDERATION OF ADDITIONAL PREMIUM OF          $37268.00
YOUR POLICY IS AMENDED AS PER ATTACHED SCHEDULE
(CHANGES ARE DENOTED BY AN "*")

EXPIRATION DATE OF  POLICY IS AMENDED TO:
     08-18-03


THE FOLLOWING ENDORSEMENT NUMBER( S) ARE ADDED/REVISED  AND
BECOME PART OF THE  POLICY:
990401


THE EMPLOYERS' LIABILITY INCREASED LIMITS
FOR THE STATE OF LA IS AMENDED TO  2.8000%


THE SCHEDULE RATING PLAN ADJUSTMENT - CREDIT
FOR THE STATE OF LA IS AMENDED TO 15.0000%


THE TERRORISM RISK INSURANCE ACT OF 2002 - CERTIFIED LOSSES
FOR THE STATE OF LA IS AMENDED TO  .0300%


*See next page for Item 4. changes, if any.      POBTBAIII                    (PAGE  1 LAST PAGE)

CKE-1U76  Ptd. in U.S.A.              Copyright 1987 National Council on Compensation Insurance.     **WC 99 06 00 AE**
                                                    06-10-2003     PRD
                                        INSURED COPY

## Workers' Compensation and Employers' Liability Policy

| Named Insured | Endorsement Number |
|---|---|
| WPS, INC.<br>4677 NW EVANGELINE THRUWAY<br>CARENCRO        LA    70520 | **Policy Number**<br>Symbol: RWC    Number: C43469800 |

| Policy Period | Effective Date of Endorsement |
|---|---|
| 05-05-2003 **TO** 08-18-2003 | 05-05-2003 |

Issued By (Name of Insurance Company)
ACE AMERICAN INSURANCE COMPANY

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### POLICY INFORMATION PAGE ENDORSEMENT

ENDORSEMENT STATE:  LOUISIANA

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | PRORATED | | PRORATED |
| FROM : 05-05-2003  TO : 08-18-2003 | | | | |
| CLERICAL OFFICE EMPLOYEES  NOC | *8810 | 429074 | .51 | 2188. |
| SALESPERSONS, COLLECTORS, MESSENGERS - OUTSIDE | *8742 | 120417 | 1.03 | 1240. |
| MACHINE SHOPS  NOC | *3632 | 228478 | 5.68 | 12977. |
| BOILERMAKING | *3620 | 569910 | 9.48 | 54027. |
| VESSELS - NOC  - MARITIME - PROGRAM 1 | *7016F | IF ANY | 29.87 | 0. |
| MILLWRIGHT WORK NOC | *3724F | 56676 | 18.87 | 10695. |
| WAIVER OF SUBROGATION | *9115 | | 5.00% | 4056. |
| EMPLOYERS' LIABILITY INCREASED LIMITS | 9812 | | 2.80% | 2272. |
| ADMIRALTY &/OR FELA COVERAGE - ADDITIONAL PREMIUM TO BALANCE TO MINIMUM PREMIUM | *9849 | | | 42. |
| PREMIUM SUBJECT TO EXPERIENCE MODIFICATION | | | | 87455. |
| EXPERIENCE RATED-INTRASTATE | *9898 | | | 1.090 |
| PREMIUM ADJUSTED BY EXPERIENCE MODIFICATION | | | | 95326. |
| TO EQUAL MINIMUM PREMIUM | *0990 | | | 42. |

Total Estimated Annual Premium $
(PRORATED)

Minimum Premium $                    Deposit Premium $

All other terms and conditions of this policy remain unchanged.

POSTBAIII

CKE-1V91  Ptd. in U.S.A.          Copyright 1987 National Council on Compensation Insurance.     **WC 99 06 00 A**
                                              06-10-2003    PRD

## Workers' Compensation and Employers' Liability Policy

| Named Insured | Endorsement Number |
|---|---|
| WPS, INC.<br>4677 NW EVANGELINE THRUWAY<br>CARENCRO            LA    70520 | Policy Number<br>Symbol: RWC   Number: C43469800 |
| Policy Period<br>05-05-2003 TO 08-18-2003 | Effective Date of Endorsement<br>05-05-2003 |
| Issued By (Name of Insurance Company)<br>ACE AMERICAN INSURANCE COMPANY | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### POLICY INFORMATION PAGE ENDORSEMENT

ENDORSEMENT STATE:   LOUISIANA

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuner-ation | Estimated Annual Premium |
|---|---|---|---|---|
| | | PRORATED | | PRORATED |
| SCHEDULE RATING PLAN ADJUSTMENT – CREDIT | *9887 | | 15.00% | 14305.CR |
| ESTIMATED STANDARD PREMIUM | | | | 81105. |
| TERRORISM ACT | *9740 | 14045 | .03 | 421. |
| EXPENSE CONSTANT | *0900 | | | 25. |
| | | Total Estimated Annual Premium $ (PRORATED) | | 81551. |

| Minimum Premium $          1. | Deposit Premium $ |
|---|---|

All other terms and conditions of this policy remain unchanged.

P08TBAIII

CKE-1V91  Ptd. in U.S.A.                  Copyright 1987 National Council on Compensation Insurance.                  WC 99 06 00 A
                                                   06-10-2003    PRD