United States Courts
Southern District of Texas
FILED

OCT 28 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN B. BERRY, TRUSTEE<br>Plaintiff | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-05-1101<br>JURY |
| V. | | |
| WPS, INC. ET AL<br>Defendants | | |

## NOTICE OF FILING

I hereby certify that on the 10th day of October, 2005, a true and correct copy of Plaintiff's Objections and Answers to Defendant's First Interrogatories and Plaintiff's Objections and Answers to Defendant's First Request for Production has been forwarded, regular mail, pursuant to the Federal Rules of Civil Procedure, to the attorneys of record for Defendants, James R. Old, Jr. and James W. Henges, Germer Gertz, PO Box 4915, Beaumont, TX 77704.

OF COUNSEL
BOUSQUET & JACKSON, P.C.

_____
THOMAS G. BOUSQUET
Bar Card No. 02717000
Federal Admissions No. 3285
5718 Westheimer, Suite 700
Houston, Texas 77057
832-251-3501
832-242-5607 (fax)
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure on October 10, 2005.

_____
THOMAS G. BOUSQUET

G:\Law\Wpdocs\BERRY\FEDERAL\cert of filing written discovery.wpd