Courtroom Minutes

JUDGE FRANCES H. STACY
Courtroom Clerk : Beverly White
Court Reporter : B Goolsbee
Law : K Schwab

Morning
Session : 10:11 - 12:48

Afternoon
Session:

Date June 2, 2008

CA-H-05-1101
George H Reid VS.   WPS Inc., et al.,

Docket Entry - Settlement Conference

Rptr- B Goolsbee

Appearances: Thomas Bousquet - Attorney for Plaintiff; George H. Reid - plaintiff; John B Berry - Trustee. Andrew T. McKinney - Attorney for Defendant.

Case Settled, (Sealed agreement only read into the record).